UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __4/11/2024__
```

ANGEL FOURNIER, et al.,

        Plaintiffs,

-against-

ADMIRAL METALS SERVICE, et al.,

        Defendants.

23-CV-5058 (LAK) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    Judge Moses will conduct a continued status conference on **June 27, 2024, at 11:00 A.M.** in Courtroom 20A, 500 Pearl Street, New York, New York. No later than **June 24, 2024**, the parties shall submit a joint status letter outlining the progress of discovery to date, as well as any settlement efforts. If no discovery controversies exist at that time, the parties may request that the conference be held telephonically.

Dated: New York, New York
       April 11, 2024

**SO ORDERED.**

_____
**BARBARA MOSES**
**United States Magistrate Judge**