## Law Offices of Adam J. Roth
112 Madison Avenue, 10th Floor
New York, New York 10016
(212) 922 – 3741
(212) 253 – 4157
adamjrothesq@gmail.com



July 31, 2024

Judge Barbara Moses
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 20A
New York, New York 10007

                Re:    Angel Fournier v. Admiral Metal Services, Inc. et al.
                      23-cv-5058

Judge Moses:

Please accept this letter as a joint status letter in the above referenced case. The parties reached a settlement in principal on July 30, 2024. The plaintiff has requested consent to settle from the Worker's Compensation Carrier and the defendant is preparing the closing documents.

The parties respectfully request 30 days to exchange releases and make payment. Thank you for your time consideration of this matter.

Sincerely,

/s/

Adam Roth

Case dismissed with prejudice and without costs subject to right to reinstate by serving and filing a notice to that effect on or before _9/11/24_, if the settlement is not consummated by then.

SO ORDERED:

Lewis A. Kaplan
U.S.D.J.

8/12/24